| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS BEAUMONT DIVISION |
|---|---|

| | | |
|---|---|---|
| JACOB SMITH, Individually and On Behalf of All Others Similarly Situated,<br><br>*Plaintiff(s)*,<br><br>v.<br><br>GEORGE DEUTSCH d/b/a DEL MAR ELECTRONICS,<br><br>*Defendant(s)*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 1:21-cv-00156 |

## **NOTICE OF SETTLEMENT**

Pursuant to the Court's request, Plaintiff notifies the Court that the Parties have reached an agreement in principle to resolve all claims asserted in this lawsuit. The parties are working diligently to document the settlement terms, and upon execution of a final agreement, Plaintiff will submit a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a).

- 2 -

Respectfully Submitted,

MOORE & ASSOCIATES
Lyric Centre
440 Louisiana Street, Suite 1110
Houston, Texas 77002-1055
Telephone: (713) 222-6775
Facsimile:  (713) 222-6739


By: _____
Melissa Moore
Tex. Bar No. 24013189
Federal Id. No. 25122
melissa@mooreandassociates.net
Curt Hesse
Tex. Bar No. 24065414
Federal Id. No. 968465
curt@mooreandassociates.net

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

As required by Fed. R. Civ. P. 5(a)(1), I certify that I served a copy of this document on all parties or their attorney(s) of record—who are listed below—in accordance with Fed. R. Civ. P. 5(b) as follows:

> W. Jackson Wisdom
> MARTIN, DISIERE, JEFFERSON & WISDOM, LLP
> 808 Travis, Suite 1100
> Houston, Texas 77002
> **Attorney for Defendant**
> ☐ mail
> ☐ personal delivery
> ☐ leaving it at ☐ office ☐ dwelling
> ☐ leaving it with court clerk
> ☐ electronic means
> ☐ other means
> ☒ CM/ECF system

| March 29, 2022 | _/s/ Melissa Moore_ |
|---|---|
| Date | Melissa Moore |