IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JACOB SMITH, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| *Plaintiff(s)*, | § § | CIVIL ACTION NO. 1:21-CV-00156 |
| v. | § § | JUDGE MICHAEL J. TRUNCALE |
| GEORGE DEUTSCH d/b/a DEL MAR ELECTRONICS, | § § § § | |
| *Defendant(s)*. | § § | |

## ORDER ON CLOSING DOCUMENTS

The Plaintiff has advised the Court via a Notice of Settlement [Dkt. 15] that the Parties have reached an agreement in principle to resolve all claims asserted in this lawsuit.

It is therefore **ORDERED** that all Parties or their counsel shall submit to the Court all papers necessary for the closing of this case and its removal from the active docket of this Court on or before **April 29, 2022**.  **If such papers are not received by the Court by the scheduled deadline, the Court may order dismissal of this action without further notice.**  Within sixty (60) days of a dismissal order, any Party may petition to have the case reinstated upon showing good cause as to why settlement was not in fact consummated.

It is further **ORDERED** that all Court dates and pending deadlines are hereby vacated.

**SIGNED this 30th day of March, 2022.**

*[signature]*
Michael J. Truncale
United States District Judge