IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JACOB SMITH, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| *Plaintiff(s)*, | § § | |
| v. | § § | CIVIL ACTION NO. 1:21-CV-00156 JUDGE MICHAEL J. TRUNCALE |
| GEORGE DEUTSCH d/b/a DEL MAR ELECTRONICS, | § § § § | |
| *Defendant(s)*. | § § | |

## ORDER

On or about March 29, 2022, the Plaintiff filed a Notice of Settlement [Dkt. 15] advising the Court that the Parties had reached an agreement in principle to resolve all claims asserted in this lawsuit. Thereafter on March 30, 2022, the Court issued an Order on Closing Documents [Dkt. 16] ordering,

> that all Parties or their counsel shall submit to the Court all papers necessary for the closing of this case and its removal from the active docket of this Court on or before **April 29, 2022**. **If such papers are not received by the Court by the scheduled deadline, the Court may order dismissal of this action without further notice.** Within sixty (60) days of a dismissal order, any Party may petition to have the case reinstated upon showing good cause as to why settlement was not in fact consummated.

To date, no closing documents have been submitted to the Court.

It is therefore **ORDERED** that the Parties are to file a Joint Status Report on or before **June 3, 2022** advising the Court of the settlement status and when closing documents in this matter will be filed.

**SIGNED this 25th day of May, 2022.**

_____
Michael J. Truncale
United States District Judge