IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JACOB SMITH, Individually and On Behalf of All Others Similarly Situated,<br><br> *Plaintiff(s)*,<br><br>v.<br><br>GEORGE DEUTSCH d/b/a DEL MAR ELECTRONICS,<br><br> *Defendant(s)*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    CIVIL ACTION NO. 1:21-CV-00156<br>   JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE

On March 30, 2022, the Court ordered that,

> all Parties or their counsel shall submit to the Court all papers necessary for the closing of this case and its removal from the active docket of this Court on or before **April 29, 2022. If such papers are not received by the Court by the scheduled deadline, the Court may order dismissal of this action without further notice.** Within sixty (60) days of a dismissal order, any Party may petition to have the case reinstated upon showing good cause as to why settlement was not in fact consummated.

[Dkt. 16] (emphasis in original).

Subsequently thereafter on May 25, 2022, the Court ordered that,

> the Parties are to file a Joint Status Report on or before **June 3, 2022** advising the Court of the settlement status and when closing documents in this matter will be filed.

[Dkt. 17] (emphasis in original).

To the date of these Orders, no documents have been filed in the case pertaining to the dismissal papers or the status of the settlement as ordered by the Court. Subject to a Party's petition within sixty (60) days of this Order to have the case reinstated showing good cause as to why settlement was not in fact consummated, the case is hereby dismissed.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorneys' fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 27th day of June, 2022.**

_____
Michael J. Truncale
United States District Judge